UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JAMEL WEAVER,

                Plaintiff,

    -against-

ABLE SERVICES, INC.,

                Defendant.

Case No. 2:21-cv-19026-KSH-ESK

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

    WHEREAS, no party herein is an incompetent for whom a committee has been appointed; and

    WHEREAS, there is no person not a party who has an interest in the subject matter of this action; it is hereby

    STIPULATED AND AGREED, by and between the respective parties herein, that the above-captioned action be dismissed in its entirety and with prejudice in accordance with Rule 41(a) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to any party.

| HARRY WEINBERG, ESQ. | MICHAEL P. PAPPAS LAW FIRM, P.C. |
|---|---|
| By: _s/Harry Weinberg_<br>Harry Weinberg<br>Attorney for Defendant<br>One Penn Plaza - Suite 2110<br>New York, New York 10119<br>(212) 889-4100 | By: _s/Michael Pappas_<br>Michael P. Pappas<br>Attorneys for Plaintiff<br>3 Columbus Circle, 15th Floor<br>New York, New York 10019<br>(646) 770-7890 |
| Date: March 11, 2024 | Date: March 11, 2024 |

SO ORDERED

_s/Katharine S. Hayden_
Hon. Katharine S. Hayden, U.S.D.J.

Date: March 11, 2024